IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02812-AP

R. M. BROOKS, o/b/o N.N.F.,
    Plaintiff,

    v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.       APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

<u>David I. Blower</u>
DAVID I. BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

1

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:  October 15, 2013**

    **B.     Date Complaint Was Served on U.S. Attorney's Office:  November 21, 2013**

    **C.     Date Answer and Administrative Record Were Filed:  January 17, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:         March 18, 2014**

    **B.     Defendant's Response Brief Due:    April 17, 2014**

    **C.     Plaintiff's Reply Brief (If Any) Due:  May 2, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      **A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

      **B.     Defendant's Statement:** Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 5th day of February, 2014.

                                         BY THE COURT:

                                         *s/John L. Kane*
                                         U.S. DISTRICT COURT JUDGE

APPROVED:

                               UNITED STATES ATTORNEY
                               John F. Walsh
                               United States Attorney

s/ Rachael A. Lundy             By: s/ David I. Blower
402 W. 12th Street               Special Assistant U.S. Attorney
Pueblo, CO 81003              1961 Stout St., Suite 4169
719-543-8636                   Denver, CO 80294-4003
719-543-8403 (facsimile)     303-844-1571
seckarlaw@mindspring.com   303-844-0770 (facsimile)
                               david.blower@ssa.gov

Attorney for Plaintiff

                               Attorneys for Defendant